United States District Court
Southern District of Texas
FILED

JUL 0 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * | B-00-103 |
| | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the | * | |
| Estate of JACINTA HERNANDEZ DE | * | |
| QUEZADA | * | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW CHASE BANK OF TEXAS, N.A., Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1. This cause was commenced in the 103rd Judicial District Court, Cameron County, Texas on May 25, 2000, when Plaintiff's Original Petition was filed in Cause Number 2000-05-2250-D. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2. Defendant Chase Bank of Texas, N.A. was served with a copy of the Plaintiff's Original Petition on June 14, 2000. Defendant The Estate of Jacinta Hernandez de Quezada has not yet been served. Copies of the Citation served on Defendant Chase Bank indicating date of service is attached hereto and incorporated herein for all purposes.

3. This is a civil action in which Plaintiff alleges that Defendant Chase Bank of Texas, N.A. improperly distributed funds belonging to the Estate of Jacinta Hernandez de Quezada. Plaintiff has alleged a cause of action against Defendant Chase

Bank for violations of the Texas Probate Code. Plaintiff's Original Petition fails to state any cause of action against Defendant, Estate of Jacinta Hernandez de Quezada.

4. Defendant would show that the above described action is one in which this Court has original subject matter jurisdiction under the provisions of 12 U.S.C. §632, which states that "all suits of a civil nature at common law or in equity to which any corporation organized under the laws of the United States shall be a party, arising out of transactions involving international or foreign banking . . . shall be deemed to arise under the laws of the United States, and the district courts of the United States shall have original jurisdiction of all such suits, and any defendant in any such suit may, at any time before the trial thereof, remove such suits from a State court into the district court of the United States for the proper district by following the procedure for the removal of causes otherwise provided by law." Because this cause of action involves transactions which involve international or foreign banking, removal is proper pursuant to the provisions of 28 U.S.C. §1441(b), as this is a civil action where this Court has original jurisdiction and is founded on claims arising under the Constitution and the laws of the United States.

5. Defendant would further show the Court that the funds allegedly improperly distributed by Defendant Chase Bank were in excess of $120,000.00. Therefore, Plaintiff's Original Petition seeks actual damages in excess of this Court's minimum jurisdictional limits of $75,000.00.

6. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiff and his counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

7. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of receipt of Plaintiff's Original Petition on the first-served Defendant.

8. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 103rd Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. w/ permission
MCBatsell
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
CHASE BANK OF TEXAS, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

>Richard S. Hoffman
>1718 Boca Chica Boulevard
>Brownsville, Texas 78520
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 6th day of July, 2000.

_____
Norton A. Colvin, Jr.

```
RUN DATE 07/05/00
RUN TIME 8:28 AM
```

```
                        * * * C L E R K ' S  E N T R I E S * * *

ARMANDO QUEZADA HERNANDEZ                    00004701
                                             HON. RICHARD S. HOFFMAN
         VS                                  1718 BOCA CHICA BLVD.
                                             BROWNSVILLE TX    78520 0000
CHASE BANK OF TEXAS, N.A., ET AL                                           (10)
                                                                        DAMAGES

                                             05/25/00  ORIGINAL PETI?
                                             05/30/00  CITATION: CHAS
                                             05/30/00  SERVED: 06/
                                             05/30/00  CITATION: THE
                                                       DE QUEZADA
                                             05/30/00  SERVED:
```

ClibPDF - www.fastio.com

NO. _____

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | § | IN THE DISTRICT COURT |
| VS. | § | OF CAMERON COUNTY |
| CHASE BANK OF TEXAS, N.A. AND THE ESTATE OF JACINTA HERNANDEZ DE QUEZADA | § | _____ JUDICIAL DISTRICT |

FILED ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK
MAY 25 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ARMANDO QUEZADA HERNANDEZ, ("Plaintiff") and files this his Original Petition complaining of Chase Bank of Texas, N.A., as Defendant, and for cause of action would respectfully show unto the Court as follows:

### I. PARTIES

Plaintiff is an individual and resident of Cameron County, Texas. Defendant Chase Bank of Texas, N.A., hereafter "Chase", is a bank that does business in Cameron County, Texas and can be served with process through its President by Legal Support of South Texas at 1034 Levee Street, in Brownsville, Texas. The Estate of Jacinta Hernandez Quezada can be served with process on Domingo Quezada Hernandez at 9716 Laguna Seca in Brownsville, Cameron County, Texas by Legal Support of South Texas.

### II. DISCOVERY

Plaintiff seeks over $50,000 in damages. This is therefore, a Level III Discovery Plan.

### III. FACTS

Plaintiff is the son of Jacinta Hernandez de Quezada, who died on December 3, 1999. At the time of her death, to the belief of Plaintiff, Jacinta Hernandez de Quezada died intestate with a Certificate of Deposit, and possible other funds, in the minimum amount of $120,000 in the

control of defendant Chase.

Shortly after the death of Jacinta Hernandez de Quezada, Plaintiff, through his attorney, hand delivered notice of the death to Chase.

Defendant has apparently distributed these funds to persons other than Plaintiff and like heirs that may be entitled to the funds.

## IV. CAUSE OF ACTION

After Notice, Defendant violated the provisions of the Texas Probate Code in failing to determine legal ownership of the deposited funds.

## V. DAMAGES

Plaintiff is entitled to 1/6 of the funds distributed.

## VI. JURY DEMAND

Plaintiff requests a Jury and prays the jury fees herewith.

## VII. PRAYER

WHEREFORE, Plaintiff prays that defendant can be cited to appear and that, upon final hearing, Plaintiff have judgement against defendant in an amount to be determined, interest thereon from and after December 3, 1999; costs of this action and for other relief to which he is entitled

Respectfully submitted,

By: _____
Richard S. Hoffman
Attorney for Plaintiff
State Bar No. 09787200
1718 Boca Chica Blvd.
Brownsville, Texas 78520
956 544-23415
956 982-1909 (fax)

tation for Personal Service ___- GENERAL_____   Lit. Seq. # 5.002.01

No. 2000-05-002250-D                                    **ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If u or your attorney do not file a written answer with the clerk who issued this tation by 10:00 a.m. on the Monday next following the expiration of twenty ys after you were served this citation and petition, a default judgment may be ken against you.

: CHASE BANK OF TEXAS, N.A.
SERVING ITS PRESIDENT BY LEGAL
SUPPORT OF SOUTH TEXAS AT
1034 LEVEE STREET
BROWNSVILLE, TEXAS

e ____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

AINTIFS ORIGINAL PETITION

or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 ys after the date of service of this citation before the Honorable District urt 103rd Judicial District of Cameron County, Texas at the Courthouse of said unty in Brownsville, Texas. Said _____PETITION_____ was filed on MAY 25, 2000___. A copy of same accompanies this citation.

e file number of said suit being No. 2000-05-002250-D.

e style of the case is:

ARMANDO QUEZADA HERNANDEZ
VS.
CHASE BANK OF TEXAS, N.A., ET AL

id petition was filed in said court by ___HON. RICHARD S. HOFFMAN ttorney for _____PLAINTIFF_____), whose address is 18 BOCA CHICA BLVD. BROWNSVILLE TX 78520

The nature of the demand is fully shown by a true and correct copy of the tition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to quirements of law, and the mandates thereof, and make due return as the law rects.

Issued and given under my hand and seal of said Court at Brownsville, xas, this the 30th day of ___MAY___, A.D. 2000.

# RETURN OF OFFICER

Came to hand the _14_ day of _June_, _2000_, at _____ o'clock ___.M., and executed (not executed) on the _14_ day of _June_, _2000_, by delivering to _Chase Bank_ _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Original Petition_ _____ .

Cause of failure to execute this citation is: _N/A_ _____

FEES serving 1 copy
Total....... $_40_

Fees paid by: _ES Waltman_

Sheriff/constable _Cameron_ County, TEXAS
By _Joe de la Fuente_ Deputy

**JOE T. DE LA FUENTE**
Legal Support of South Texas
P.O. Box 6277 Brownsville, TX. 78521
(956) 541-7332 / No. 92-08-3203-B

ALAN F. LIPPMAN
MY COMMISSION EXPIRES
November 5, 2002

SWORN TO AND SUBSCRIBED BEFORE ME on this _14_ day of _June_, certify which witness my hand and seal of office.

_Alan Lippman_
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

FILED _9:70_ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
JUN 27 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2000-05-2250-D

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the | * | |
| Estate of JACINTA HERNANDEZ DE | * | |
| QUEZADA | * | 103rd JUDICIAL DISTRICT |

## DEFENDANT CHASE BANK OF TEXAS, N.A.'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CHASE BANK OF TEXAS, N.A., Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in response to Plaintiff's Original Petition, and in support thereof would show the Court as follows:

I.

### GENERAL DENIAL

Defendant Chase Bank of Texas, N.A. herein avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's Original Petition, and states that these are matters that should be proven by Plaintiff as required by law; and Defendant would require strict proof thereof.

II.

### JURY DEMAND

Defendant hereby requests a trial by jury and tenders its jury fee herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant Chase Bank of Texas, N.A. prays that Plaintiff's Original Petition be dismissed in its entirety; that Defendant have judgment thereon, recovering its attorney's fees; and for such other and further relief to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Norton A. Colvin, Jr.
State Bar No. 04632100
    Marjory C. Batsell
State Bar No. 04631400
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
CHASE BANK OF TEXAS, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Chase Bank of Texas, N.A.'s Original Answer and Jury Demand was served upon all counsel of record, to-wit:

    Richard S. Hoffman
    1718 Boca Chica Boulevard
    Brownsville, Texas 78520
    Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 6th day of July, 2000.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ | * |
| | * |
| VS. | * CIVIL ACTION NO. B-00-103 |
| | * |
| CHASE BANK OF TEXAS, N.A. and the | * |
| Estate of JACINTA HERNANDEZ DE | * |
| QUEZADA | * |

## NOTICE TO THE PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO: ARMANDO QUEZADA HERNANDEZ, Plaintiff, and his attorneys:
Richard S. Hoffman
1718 Boca Chica Boulevard
Brownsville, Texas 78520

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the 6th day of July, 2000, in the above styled and numbered cause (being Cause Number 2000-05-2250-D in the 103rd Judicial District Court of Cameron County, Texas), CHASE BANK OF TEXAS, N.A. filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. w/ permission
Attorney in Charge      MCBatsell
State Bar No. 04632100
Federal Admissions No. 1941
    Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANT

# CAUSE NO. 2000-05-2250-D

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the | * | |
| Estate of JACINTA HERNANDEZ DE | * | |
| QUEZADA | * | 103rd JUDICIAL DISTRICT |

## NOTICE TO THE DISTRICT CLERK OF FILING OF NOTICE OF REMOVAL

TO:  HONORABLE AURORA DE LA GARZA
Cameron County District Clerk
Cameron County Courthouse
974 East Harrison
Brownsville, Texas 7850

You will please take notice that Defendant Chase Bank of Texas, N.A. has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Armando Quezada Hernandez v. Chase Bank of Texas, N.A. and The Estate of Jacinta Hernandez de Quezada,</u>, originally filed in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2000-05-2250-D, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 103rd Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendants, through their attorney, on this the 6th day of July, 2000.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. w/ permission
Attorney-in-Charge            MCBatsell
State Bar No. 04632100
Federal Admissions No. 1941
   Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
CHASE BANK OF TEXAS, N.A.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

Richard S. Hoffman
1718 Boca Chica Boulevard
Brownsville, Texas 78520
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 6th day of July, 2000.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-103 |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the | * | |
| Estate of JACINTA HERNANDEZ DE | * | |
| QUEZADA | * | |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiff's Original Petition
    c. Citation served on Chase Bank of Texas, N.A.
    d. Defendant Chase Bank of Texas, N.A.'s Original Answer and Jury Demand

3. Notice to Plaintiff of Filing of Notice of Removal

4. Notice to District Clerk of Filing of Notice of Removal

5. Index of Attorneys

6. Index of Documents Filed

7. Order for Conference and Disclosure of Interested Parties

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * * | |
| VS. | * * | CIVIL ACTION NO. B-00-103 |
| CHASE BANK OF TEXAS, N.A. and the Estate of JACINTA HERNANDEZ DE QUEZADA | * * * | |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiff's Original Petition
    c. Citation served on Chase Bank of Texas, N.A.
    d. Defendant Chase Bank of Texas, N.A.'s Original Answer and Jury Demand

3. Notice to Plaintiff of Filing of Notice of Removal

4. Notice to District Clerk of Filing of Notice of Removal

5. Index of Attorneys

6. Index of Documents Filed

7. Order for Conference and Disclosure of Interested Parties

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * * | B-00-103 |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the Estate of JACINTA HERNANDEZ DE QUEZADA | * * * | |

## INDEX OF ATTORNEYS

1. Richard S. Hoffman
   State Bar No. 09787200
   1718 Boca Chica Boulevard
   Brownsville, Texas 78520
   (956) 544-2345
   Fax (956) 982-1909
   Attorneys for Plaintiff

2. Norton A. Colvin, Jr.
   State Bar No. 04632100
   Federal Admissions No. 1941
   Marjory C. Batsell
   State Bar No. 04631400
   Federal Admissions No. 3983
   Rodriguez, Colvin & Chaney, L.L.P.
   1201 East Van Buren
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170
   Attorneys for Defendant Chase Bank of Texas, N.A.