3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARMANDO QUEZADA HERNANDEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-103 |
| | * | |
| CHASE BANK OF TEXAS, N.A. and the | * | |
| Estate of JACINTA HERNANDEZ DE | * | |
| QUEZADA | * | |

### DEFENDANT CHASE BANK OF TEXAS, N.A.'S
### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW CHASE BANK OF TEXAS, N.A., Defendant herein, and files this Certificate of Financially Interested Persons stating that, at this time, Defendant is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than the parties to the lawsuit.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
       Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
       Marjory C. Batsell
State Bar No. 04361400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
CHASE BANK OF TEXAS, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Chase Bank of Texas, N.A.'s Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

> Richard S. Hoffman
> 1718 Boca Chica Boulevard
> Brownsville, Texas 78520
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 26th day of July, 2000.

_____
Norton A. Colvin, Jr.