4

United States District Court
Southern District of Texas
FILED

JUL 3 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ § | |
| AURELIO QUEZADA HERNANDEZ § | |
| JOSE NATIVIDAD QUEZADA HERNANDEZ § | |
| § | CIVIL ACTION B-00-103 |
| VERSUS § | |
| § | |
| CHASE BANK OF TEXAS, N.A., ET AL. § | |

PLAINTIFF'S NOTICE OF ENTITIES FINANCIALLY
INTERESTED IN LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ARMANDO QUEZADA HERNANDEZ, AURELIO QUEZADA HERNANDEZ, AND JOSE NATIVIDAD QUEZADA HERNANDEZ, Plaintiff's in the above entitled and numbered cause, and file this their Plaintiff's Notice of Entities Financially Interested in Litigation, and in support thereof would show the Court as follows:

The persons / entities financially interested in this litigation are:

ARMANDO QUEZADA HERNANDEZ
AURELIO QUEZADA HERNANDEZ
JOSE NATIVIDAD QUEZADA HERNANDEZ
CHASE BANK OF TEXAS,
The Estate of JACINTA HERNANDEZ DE QUEZADA
and DOMINGO QUEZADA HERNANDEZ.

Respectfully submitted,
By: _____
Richard S. Hoffman
Attorney for Plaintiff
State Bar No. 09787200
1718 Boca Chica Blvd.
Brownsville, Texas 78520
956-544-2345
956-982-1909 (fax)

Fed. I.D. 6147

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Notice Of Entities Financially Interested In Litigation was delivered to Defendant's attorney, Norton A. Colvin, Jr., of RODRIGUEZ, COVIN & CHANEY, L.L.P., located at 1201 East Van Buren, in Brownsville, Texas 78522 by Certified Postage Pre Paid Regular Mail, Return Receipt Requested, on this July 26, 2000.

_____
Richard S. Hoffman