6

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

*Quezada Hernandez*

§
§
§
§

*versus*

§      CIVIL ACTION: B: *00-103*

*Chase Bank of Texas, etal*

§
§
§

## Order Resetting Conference

The intial pre-trial conference set for *November 20, 2000,* has been reset to:

## November 21, 2000 at *1:45* p.m.

Signed on ___*November 7*___, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge