IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ | § |
| AURELIO QUEZADA HERNANDEZ | § |
| JOSE NATIVIDAD QUEZADA HERNANDEZ | § |
| AND THE ESTATE OF JACINTA HERNANDEZ | § |
| DE QUEZADA | § CIVIL ACTION B-00-103 |
| | § |
| VERSUS | § |
| | § |
| CHASE BANK OF TEXAS, N.A., ET AL. | § |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Richard S. Hoffman and hereby files this Notice of Appearance of Counsel as attorney of record for ARMANDO QUEZADA HERNANDEZ, AURELIO QUEZADA HERNANDEZ, JOSE NATIVIDAD QUEZADA HERNANDEZ AND THE ESTATE OF JACINTA HERNANDEZ DE QUEZADA.

A Pre-trial Conference is set for November 21, 2000. Lead counsel for Plaintiff, Richard S. Hoffman is scheduled to be out of town.

Ivan A. Andarza, Texas Bar #00798031 Federal Bar #21085, is familiar with the case and has the authority to make decisions concerning the case.

Ivan A. Andarza, will appear as counsel for Plaintiff only for the Pre-trial Conference scheduled for November 21, 2000, at 1:45 p.m.

Respectfully submitted,
By: _____
Richard S. Hoffman
Texas Bar No. 09787200 Federal Bar #6147
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956)544-2345 Fax (956)982-1909
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on November 20, 2000, a true and correct copy of Plaintiff's Appearance of Counsel was served by certified mail, return receipt requested on Norton A. Colvin from the Law Offices of Rodriguez, Colvin & Chaney, L.L.P., at 1201 East Van Buren, in Brownsville, Texas 78522.

_____
Richard S. Hoffman