8

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner   ☐ _____ |
| DATE | 11 — 21 — 00 |
| TIME | ___ a.m. / 2:00 p.m. — ___ a.m. / 2:06 p.m. |
| CIVIL ACTION | B — 00 — 103 |
| STYLE | Armando Quezada Hernandez  *versus*  Chase Bank of Texas, N.A. et. al. |

DOCKET ENTRY

(HGT)  ■ Hearing;   _____ day   ☐ Bench   ☐ Jury Trial

Marjory Batsell            for    ■ Ptf. #_____   ☐ Deft. #_____

Ivan Andarza               for    ☐ Ptf. #_____   ■ Deft. #_____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:   ☐ all pending motions;   ☐ these topics:

☐  Motions taken under advisement:

Comments:

  The Parties indicated that this case may be dismissed in a month or so pending the results of discovery. Both Parties **AGREED** to notify the Court of the status by January 10, 2000.

1