United States District Court
Southern District of Texas
FILED

JAN 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARMANDO QUEZADA HERNANDEZ  *
                            *
VS.                         *   CIVIL ACTION NO. B-00-103
                            *
CHASE BANK OF TEXAS, N.A. and the *
Estate of JACINTA HERNANDEZ DE *
QUEZADA                     *

## JOINT STATUS REPORT

COME NOW ARMANDO QUEZADA HERNANDEZ, Plaintiff herein, and CHASE BANK OF TEXAS, N.A., Defendant herein, and, pursuant to the Court's ruling at the Initial Pretrial and Scheduling Conference held November 21, 2000, file this Joint Status Report. The parties are continuing to review this case in an attempt to resolve it promptly, but have been unsuccessful at this time. Plaintiff and Defendant would request that the Court enter a scheduling order in this case in the event the parties are not able to reach a resolution.

Respectfully submitted,

_Richard S. Hoffman_

Richard S. Hoffman  w/permission
                    McFarlan
State Bar No. 09787200
Federal Admissions No. 6147
1718 Boca Chica Boulevard
Brownsville, Texas 78520
(956) 544-2345
Fax (956) 982-1909

ATTORNEY FOR PLAINTIFF,
ARMANDO QUEZADA HERNANDEZ

JOINT STATUS REPORT                                                PAGE 1

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: ___*Norton A Colvin*___ w/ permission
    Norton A. Colvin, Jr.   MCBatsell
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
    Marjory C. Batsell
State Bar No. 04361400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

**ATTORNEYS FOR DEFENDANT,
CHASE BANK OF TEXAS, N.A.**