United States District Court
Southern District of Texas
ENTERED

JAN 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

10

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Armando Quezada Hernandez* §
§
versus §   CIVIL ACTION B- 00-103
*Chase Bank of TX., N.A., et al* §
§

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.    ☐ Bench    ☒ Jury

2. New parties must be joined by: __1-12-01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __1-15-01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __5-15-01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by: __6-4-01__

7. Joint pretrial order is due: __10-18-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __11-1-01__

9. Jury Selection is set for 9:00 a.m. on: __11-5-01__

The case will remain on standby until tried.

Signed __January 11__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

~~Counsel, please sign on the back.~~