//

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Armando Quezada Hernandez, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-103 |
| § | |
| Chase Bank of Texas, N.A., et al., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on May 2, 2001, the Court reviewed the status of this action. Since discovery must be completed by May 15, 2001, the Court believes that this matter will be ripe for settlement negotiations at that time. Therefore, the Parties are **ORDERED** to submit a joint status report by Tuesday, May 29, 2001 indicating whether or not they would be amenable to non-binding mediation.

If the Parties agree that settlement discussions would be fruitful, the Parties will be ordered to attend the Cameron County Association's Settlement Week during June 18-22, 2001, and the deadline for filing all dispositive motions will be changed from June 6, 2001 to July 5, 2001. However, if the Parties indicate that mediation would not be appropriate, then all deadlines will remain in place.

DONE at Brownsville, Texas, this 2nd day of May 2001.

Hilda G. Tagle
United States District Judge