12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ | § |
| | § |
| | § CIVIL ACTION B-00-103 |
| | § |
| VERSUS | § |
| | § |
| CHASE BANK OF TEXAS, N.A., ET AL. | § |

**UNOPPOSED**
**PLAINTIFF'S MOTION FOR NON-SUIT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **NOW COME** Plaintiff's, ARMANDO QUEZADA HERNANDEZ, as Movant herein, and brings this Motion for Non-Suit, and in support thereof, shows the court the following:

I.

  Movant filed the above-entitled and numbered cause against Defendant CHASE BANK OF TEXAS, NA., ET AL.

II.

  Movant requests that the Court enter a non-suit against CHASE BANK OF TEXAS, N.A., ET AL, with prejudice to refile same with costs of suit taxed against Plaintiff ARMANDO QUEZADA HERNANDEZ.

  **WHEREFORE, PREMISES CONSIDERED**, Movant prays the Court grants this motion and enters an Order granting the non-suit with prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
Richard S. Hoffman

        Texas Bar No. 09787200
        1718 Boca Chica Blvd.
        Brownsville, Texas 78520
        Tel. (956)544-2345
        Fax (956)982-1909
        Attorney for Plaintiff
        Armando Hernandez, Quezada

## CERTIFICATE OF SERVICE

I certify that on May __21__, 2001 a true and correct copy of Plaintiff's Motion for Non-Suit was served by certified mail return receipt requested by Marjory C. Batsell, of RODRIGUEZ, COVIN & CHANEY, L.L.P., located at 1201 East Van Buren, in Brownsville, Texas 78522.

_____
Richard S. Hoffman

**APPROVED:**

_____
Norton A. Colvin, Jr. *by permission MCBatsell*
Attorney-in-Charge
State Bar No. 04362100
Federal Admissions No. 1941
Post Office Box 2155
Brownsville, Texas 78521
(956) 542-7441
(956) 541-2170 - fax
ATTORNEYS FOR DEENDANT CHASE BANK OF TEXAS, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ | § |
| | § |
| | §   CIVIL ACTION B-00-103 |
| | § |
| VERSUS | § |
| | § |
| CHASE BANK OF TEXAS, N.A., ET AL. | § |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR NON-SUIT

On _____, the Court considered the Plaintiff's Motion for Non Suit and after reviewing the evidence and hearing the arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion for Non-Suit is **GRANTED** and the above-styled and numbered cause is dismissed as to CHASE BANK OF TEXAS, N.A., ET AL, with prejudice to Plaintiff, and that all costs of court incurred be taxed against Plaintiff, ARMANDO QUEZADA HERNANDEZ.

**SIGNED** on _____, 2001.

_____
JUDGE PRESIDING

Approved AS TO FORM:

_____
Richard S. Hoffman
Attorney for Plaintiff of Armando Hernandez
Quezdada
1718 Boca Chica Blvd.
Brownsville, Texas, 78520
Tel: (956) 544-2345 Fax: (956) 982-1909

APPROVED AND AGREED:

_____
      Norton A. Colvin, Jr. *by permission MCBatsell*
Attorney-in-Charge
Federal Admissions No. 1941
State Bar No. 04632100
      Marjory C. Batsell
Federal Admissions No. 3983
State Bar No. 04631400
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
 (956) 542-7441
Fax (956) 541-2170

ATTORNEY FOR DEFENDANT CHASE BANK OF TEXAS N.A.