IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ | § § § |
| | § CIVIL ACTION B-00-103 |
| VERSUS | § § |
| CHASE BANK OF TEXAS, N.A., ET AL. | § § |

## STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** the parties, ARMANDO QUEZADA HERNANDEZ, Plaintiff, and Chase Bank of Texas N.A., Defendant and files this Stipulation of Dismissal and in support thereof, show the court the following:

I.

Plaintiff filed the above-entitled and numbered cause against Defendant CHASE BANK OF TEXAS, NA., ET AL.

II.

The parties make this Stipulation of Dismissal pursuant to Rule 41 (a) 1 of the Federal Rules of Civil Procedure with prejudice to refile same.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray the Court enter an Order granting the Dismissal with prejudice, with costs assessed against the Plaintiff and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
By: _____
Richard S. Hoffman
Texas Bar No. 09787200, Fed Adm. 6147

            1718 Boca Chica Blvd.
            Brownsville, Texas 78520
            Tel. (956)544-2345
            Fax (956)982-1909
            Attorney for Plaintiff
            Armando Hernandez, Quezada

_____
Marjory C. Batsell,
SBN 04632100; Fed Adm. 1941
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522

## CERTIFICATE OF SERVICE

  I certify that on May ___23___, 2001 a true and correct copy of Plaintiff's Stipulation of Dismissal was served by regular postage pre paid mail to Marjory C. Batsell, of RODRIGUEZ, COLVIN & CHANEY, L.L.P., located at 1201 East Van Buren, in Brownsville, Texas 78522.

            _____
            Richard S. Hoffman

ClibPDF - www.fastio.com

_____
**Marjory C. Batsell, SBN 04632100; Fed Adm. 1941**
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78522