14

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO QUEZADA HERNANDEZ § | |
| § | |
| § | CIVIL ACTION B-00-103 |
| § | |
| VERSUS § | |
| § | |
| CHASE BANK OF TEXAS, N.A., ET AL. § | |

### ORDER OF DISMISSAL

On _June 6, 2001_, the Court considered the parties Stipulation of Dismissal and after reviewing the evidence and hearing the arguments of counsel, finds that the Stipulation should be accepted and the Dismissal **GRANTED**.

**IT IS THEREFORE ORDERED** that the above styled and numbered cause is **DISMISSED** as to CHASE BANK OF TEXAS, N.A., ET AL, with prejudice to Plaintiff, and that all costs of court incurred be taxed against Plaintiff, ARMANDO QUEZADA HERNANDEZ.

**SIGNED** on _June 6_, 2001.

_____
JUDGE PRESIDING

Approved AS TO FORM:

_____
Richard S. Hoffman,
SBN 09787200, Fed Adm. 6147
Attorney for Plaintiff of Armando Hernandez Quezdada
1718 Boca Chica Blvd.
Brownsville, Texas, 78520
Tel: (956) 544-2345  Fax: (956) 982-1909